

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00709-CR

Marcellous A. **BATTLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8393
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 19, 2017.

_____
Rebeca C. Martinez, Justice